**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 15-7155**

─────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

KOREY RALEIGH HUDSPETH,

               Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge. (1:96-cr-00066-LMB-1)

─────────

Submitted: October 15, 2015      Decided: October 20, 2015

─────────

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Korey Raleigh Hudspeth, Appellant Pro Se.  Aaron M. Zebley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korey Raleigh Hudspeth appeals the district court's order denying his motion for clarification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hudspeth, No. 1:96-cr-00066-LMB-1 (E.D. Va. July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED